## IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| TIMOTHY JAY ADAMS, | : | No. 12 MM 2021 |
| | : | |
| Petitioner | : | |
| | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| | : | |
| HONORABLE MAUREEN T. BEIRNE, P.J., | : | |
| AND DISTRICT ATTORNEY, | : | |
| | : | |
| Respondents | : | |

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 23rd day of April, 2021, the Application for Leave to File Original Process is GRANTED. The Petition for Writ of Mandamus, the "Motion for Immediate Release," the "Motion to Amend," the "Motion to Supplement Record," and the "Motion for Appointment of Counsel" are DENIED. The Prothonotary is DIRECTED to strike the name of the jurist from the caption.